Case 1:22-cr-20294-DMM Document 1 Entered on FLSD Docket 06/30/2022 Page 1 of 5

FILED by ____JA____ D.C.

Jun 29, 2022

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. **22-20294-CR-MIDDLEBROOKS/MCALILEY**

18 U.S.C. § 922(g)(1)
18 U.S.C. § 924(d)(1)

UNITED STATES OF AMERICA

vs.

TRAVIS DEAEMAS NELSON,

      Defendant.

_____/

## INDICTMENT

The Grand Jury charges that:

### COUNT 1
**Possession of Ammunition by a Convicted Felon**
**(18 U.S.C. § 922(g)(1))**

On or about May 3, 2022, in Miami-Dade County, in the Southern District of Florida, the defendant,

**TRAVIS DEAEMAS NELSON,**

did knowingly possess ammunition in and affecting interstate commerce, knowing that he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, in violation of Title 18, United States Code, Section 922(g)(1).

It is further alleged that said ammunition is one (1) 9mm caliber round of ammunition, recovered from the defendant's person.

## COUNT 2
### Possession of a Firearm and Ammunition by a Convicted Felon
### (18 U.S.C. § 922(g)(1))

On or about May 3, 2022, in Miami-Dade County, in the Southern District of Florida, the defendant,

**TRAVIS DEAEMAS NELSON,**

did knowingly possess a firearm and ammunition in and affecting interstate commerce, knowing that he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, in violation of Title 18, United States Code, Section 922(g)(1).

It is further alleged that said firearm and ammunition are:

a. One (1) Glock model 19 firearm, with serial number BEYS799;

b. One (1) Aero Precision LLC model X15 firearm, with serial number X138369;

c. Seventy-three (73) 5.56mm caliber rounds of ammunition; and

d. Eighty-two (82) 9mm caliber rounds of ammunition.

## FORFEITURE ALLEGATIONS

1. The allegations of this Indictment are hereby re-alleged and by this reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America of certain property in which the defendant, **TRAVIS DEAEMAS NELSON**, has an interest.

2. Upon conviction of a violation of Title 18, United States Code, Sections 922(g), or any other criminal law of the United States, as alleged in this Indictment, the defendant shall forfeit to the United States any firearm involved in or used in the commission of such offense, pursuant to Title 18, United States Code Section 924(d)(1).

All pursuant to Title 18, United States Code Section 924(d)(1), and the procedures set forth in Title 21, United States Code, Section 853, as incorporated by Title 28, United States Code, Section 2461(c).

A TRUE BILL

███████████████████
FOREPERSON

JUAN ANTONIO GONZALEZ
UNITED STATES ATTORNEY

KARLA ALBITE
ASSISTANT UNITED STATES ATTORNEY

3

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

v.

TRAVIS DEAEMAS NELSON,

_____/
Defendant.

**Court Division** (select one)
- ☑ Miami
- ☐ Key West
- ☐ FTP
- ☐ FTL
- ☐ WPB

CASE NO.:

## CERTIFICATE OF TRIAL ATTORNEY*

**Superseding Case Information:**

New Defendant(s) (Yes or No)
Number of New Defendants
Total number of New Counts

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. §3161.

3. Interpreter: (Yes or No) No
   List language and/or dialect:

4. This case will take 3 days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)
   - I ☑ 0 to 5 days
   - II ☐ 6 to 10 days
   - III ☐ 11 to 20 days
   - IV ☐ 21 to 60 days
   - V ☐ 61 days and over

   (Check only one)
   - ☐ Petty
   - ☐ Minor
   - ☐ Misdemeanor
   - ☑ Felony

6. Has this case been previously filed in this District Court? (Yes or No) No
   If yes, Judge                Case No.
7. Has a complaint been filed in this matter? (Yes or No) No
   If yes, Magistrate Case No.
8. Does this case relate to a previously filed matter in this District Court? (Yes or No) No
   If yes, Judge                Case No.
9. Defendant(s) in federal custody as of
10. Defendant(s) in state custody as of 05/04/2022
11. Rule 20 from the              District of
12. Is this a potential death penalty case? (Yes or No) No
13. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard? (Yes or No) No
14. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss? (Yes or No) No

By: _____
KARLA ALBITE
Assistant United States Attorney
Court ID No.    A5502593

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name**: <u>**TRAVIS DEAEMAS NELSON**</u>

**Case No**: _____

Count #: 1

<u>   Possession of Ammunition by a Convicted Felon</u>

<u>   18 U.S.C. § 922(g)(1)</u>
* **Max. Term of Imprisonment:**   Ten (10) years' imprisonment
* **Mandatory Min. Term of Imprisonment (if applicable):**   N/A
* **Max. Supervised Release:**   Three (3) years
* **Max. Fine:**   $250,000

Count #: 2

<u>   Possession of a Firearm and Ammunition by a Convicted Felon</u>

<u>   18 U.S.C. § 922(g)(1)</u>
* **Max. Term of Imprisonment:**   Ten (10) years' imprisonment
* **Mandatory Min. Term of Imprisonment (if applicable):**   N/A
* **Max. Supervised Release:**   Three (3) years
* **Max. Fine:**   $250,000

*Refers only to possible term of incarceration, supervised release and fines.   It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.